AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
SOUTH CAROLINA

**RECEIVED**
JUN 21 2018

United States of America
v.

MARCUS YOUNG
a/k/a "Lay Low"

*Defendant*

Case No. 3:18-628

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MARCUS YOUNG, a/k/a "Lay Low"                 ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 21, United States Code, Section 846
Title 21, United States Code, Section 841(a)(1)
Title 21, United States Code, Section 841(b)(1)(A)
Title 21, United States Code, Section 853
Title 21, United States Code, Section 881
Title 28, United States Code, Section 2461(c)

Date: 06/20/2018

s/Jennifer Peterson
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state:     Columbia, South Carolina

### Return

This warrant was received on (date) JUN 21 2018, and the person was arrested on (date) 06-25-2018
at (city and state) Columbia, SC.

Date: 06-26-2018

Arrested by S/A Herberger, ATF
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*